IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 6-12-CV-1204-31 GJK
CLASS ACTION

HEATHER VENERUS and
ANDREW MALLOY, individually
and on behalf of all others similar
situated,

      PLintiffs,

vs.

VAN T. LE-KOHLER,

      Defendant.

_____ /

## SECOND AMENDED COMPLAINT

_____Plaintiffs, HEATHER VENERUS ("VENERUS"), and ANDREW MALLOY ("MALLOY"), individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby file this complaint against VAN T. LE-KOHLER, ("LE-KOHLER"),  as follows.

      1.      The Defendant LE-KOHLER is a resident of the State of Florida.

      2.      The Plaintiff, VENERUS, is a citizen and resident of England.

      3.      The Plaintiff, MALLOY, is a citizen and resident of England.

      4.      On September 17, 2010, the Plaintiff VENERUS rented a Budget Rent-A-Car vehicle while in Stanford, Florida.

5.      On September 19, 2010, the aforementioned vehicle was involved in an accident with an uninsured/underinsured vehicle being operated by Steven R. Kohler, and which was owned by LEE-KOHLER.

6.      The accident occurred on Interstate 4 near the intersection of County Road 522 in Kissimmee, Florida.  At the time of the accident, the Plaintiff MALLOY was a passenger in the vehicle being operated by VENERUS.

7.      As a result of the negligence of the motorist STEVEN R. KOHLER, VENERUS and MALLOY sustained serious bodily injury.

## COUNT I - INDIVIDUAL CLAIMS OF VENERUS AGAINST LE - KOHLER

8.      The Plaintiff, VENERUS realleges and reavers the allegations contained in paragraphs 1 through 7 above as if fully set forth herein.

9.      As direct result of the negligence of the Steven Kohler for which LE-KOHLER is vicariously liable, the Plaintiff, VENERUS has sustained injuries and damages as follows: (a) past and future pain and suffering; (b) disability, disfigurement, mental anguish, loss of capacity of enjoyment of life; (c) expenses of hospitalization, medical and nursing treatment; (d) loss of earnings, loss of ability to earn money and aggravation of pre-exsisting conditions; (e) the aforementioned losses are either permanent or continuing and said plaintiff will suffer losses in the future.

WHEREFORE, the Plaintiff VENERUS demands judgment against the Defendant LEE-KOHLER for compensatory damages, costs and any other relief deemed just and proper.  In addition, said Plaintiff demands trial by jury of all issues so triable.

## COUNT **II**
## INDIVIDUAL CLAIMS OF MALLOY AGAINST LE-KOHLER

10.     The Plaintiff, MALLOY realleges and reavers the allegations contained in paragraphs 1 through 7 above as if fully set forth herein.

11.     As direct result of the negligence of the Steven Kohler for which LE-KOHLER is vicariously liable, the Plaintiff MALLOY has sustained injuries and damages as follows: (a) past and future pain and suffering; (b) disability, disfigurement, mental anguish, loss of capacity for enjoyment of life; (c) expenses of hospitalization, medical and nursing treatment; (d) loss of earnings, loss of ability to earn money and aggravation of pre-exsisting conditions; (e) the aforementioned losses are either permanent or continuing and said plaintiff will suffer losses in the future.

WHEREFORE, the Plaintiff MALLOY demands judgment against the Defendant LE-KOHLER for compensatory damages, costs and any other relief deemed just and proper.  In addition, the Plaintiff demands trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

I hereby certify that on April   24th   , 2013 the foregoing document was mailed to the Defendant Van T. Kohler, 3735 Grand Wood Blvd., #716, Orlando, Florida 32837.

By:  /s/ Christopher J. Lynch
FBN: 331041
HUNTER, WILLIAMS & LYNCH, P.A.
The Monarch Grove Building
2977 McFarlane Road, Suite 301
Miami, Florida 33133
clynch@hunterwilliamslaw.com

_____