IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
FLORIDA
CASE NO.   6-12-CV-1204-31 GJK
CLASS ACTION

HEATHER VENERUS and
ANDREW MALLOY, individually
and on behalf of all others similarly
situated,

      Plaintiffs,

vs.

ACE AMERICAN INSURANCE
COMPANY, STEVEN R. KOHLER and
VAN T. LE-KOHLER, a foreign corporation,

      Defendants

_____ /

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiffs, HEATHER VENERUS and ANDREW MALLOY, through

undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) hereby files this notice of voluntary

dismissal as to the sole remaining Defendant, VAN T. LE-KOHLER.  Said Defendant, VAN T.

KOHLER has been served but has not yet filed an answer or a motion for summary judgment.

Accordingly, as indicated above, the Plaintiffs VENERUS and MALLOY hereby voluntarily

dismiss this cause as to said Defendant VAN T. LE-KOHLER.

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a true and correct cop of the foregoing has been electronically
filed with the Clerk of Court by using the CM/ECF system this 11th day of June, 2013.  I also
certify that the foregoing document is being served this day on Philip Glatzer, Esq., 4000
Ponce de Leon Blvd., Suite 570, Coral Gables, Florida 33146, pglatzer@marlowconnell.com
either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Christopher J. Lynch
FBN: 331041
HUNTER, WILLIAMS & LYNCH, P.A.
The Monarch Grove Building
2977 McFarlane Road, Suite 301
Miami, Florida 33133
clynch@hunterwilliamslaw.com