# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HEATHER VENERUS and ANDREW MALLOY,**

    **Plaintiffs,**

**v.**                                                         **Case No: 6:12-cv-1204-Orl-31GJK**

**VAN T. LE-KOHLER,**

    **Defendant.**

## ORDER OF DISMISSAL

Upon consideration of the Notice of Voluntary Dismissal (Doc. 44), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the remaining Defendant is dismissed, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 12, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties